# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## Civil Action No. 3:07 CV 138-C

| | |
|---|---|
| SCHRADER-BRIDGEPORT INTERNATIONAL, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ARVINMERITOR, INC., an Indiana Corporation, <br><br> Defendant. | **ORDER** |

This matter is before the Court on the Motion of Peter C. Sales for admission as counsel *pro hac vice* on behalf of defendant, ArvinMeritor, Inc. ("ArvinMeritor"), filed on May 14, 2007.

Upon review and consideration of the Motion and the Declaration filed in support thereof, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Sales shall be admitted to appear before this Court *pro hac vice* on behalf of ArvinMeritor upon payment of the sum of One Hundred Dollars ($100.00) to the Clerk of Court within ten (10) days of the date of the filing of this Order.

**SO ORDERED**.

Signed: May 15, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge