# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| SCHRADER-BRIDGEPORT INTERNATIONAL, INC., A Delaware Corporation | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:07-CV-138-C<br>) |
| Plaintiff, | )<br>) |
| v. | ) |
| ARVINMERITOR, INC., an Indiana Corporation, | |
| Defendant. | |

**AGREED ORDER FOR EXTENSION OF TIME FOR SCHRADER-BRIDGEPORT INTERNATIONAL, INC. TO RESPOND TO ARVINMERITOR, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS**

It appears to the satisfaction of the Court, as evidenced by the parties' consents and signatures below, that parties agree that the plaintiff, Schrader-Bridgeport International, Inc. ("SBI"), should have an extension of time in which to file its response to ArvinMeritor's Motion for Judgment on the Pleadings. It is, accordingly:

ORDERED that SBI shall file its response to ArvinMeritor's Motion for Judgment on the Pleadings on or before November 7, 2007.

**SO ORDERED**.

Signed: September 13, 2007

_____
Carl Horn, III
United States Magistrate Judge 

Agreed to and Submitted for Entry Jointly by:

HELMS MULLIS & WICKER

s/ John H. Cobb
_____
John H. Cobb
N.C. Bar No. 17051
Joshua D. Whitlock
N.C. Bar No. 35653
HELMS MULLIS & WICKER
201 North Tryon Street
Charlotte, North Carolina 28231
Telephone: (704) 343-2000
Facsimile: (704) 343-2300
Email: jack.cobb@hmw.com
       josh.whitlock@hmw.com

Admitted *Pro Hac Vice*
George H. Nolan (Tenn. Bar No. 014974)
Peter C. Sales (Tenn. Bar No. 025067)
BOULT, CUMMINGS, CONNERS & BERRY,
PLC 1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203-0025
Telephone: (615) 252-2348
Facsimile: (615) 252-6348
Email: gnolan@bccb.com
       psales@bccb.com

*Attorneys for defendant, ArvinMeritor, Inc.*


SHUMAKER, LOOP & KENDRICK, LLP

By:  s/ Daniel R. Hansen
_____

William H. Sturges
Daniel R. Hansen
Shumaker, Loop & Kendrick, LLP
128 South Tryon Street
Suite 1800
Charlotte, NC 28202
wsturges@slk-law.com
dhansen@slk-law.com
*Attorneys fro Plaintiff Schrader-Bridgeport International, Inc.*

*Attorneys for plaintiff, Schrader-Bridgeport International, Inc.*

C878572