# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:07cv138

| | |
|---|---|
| SCHRADER-BRIDGEPORT INTERNATIONAL, INC., ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | **O R D E R** |
| ARVINMERITOR, INC., ) ) | |
| Defendant. ) ) | |

**THIS MATTER** is before the Court *sua sponte*.

On December 20, 2007, Magistrate Judge Carl Horn, III entered an Order for Mediated Settlement Conference [Doc. 25], directing the parties to conduct a mediated settlement conference on or before March 31, 2008. There is no report in the record regarding the outcome of this mediation.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall provide a status report within 15 days of the entry of this Order advising the Court whether the mediation has been completed, and if not the status of the mediation, and to what extent the issues raised in this case have been resolved.

**IT IS SO ORDERED.**

Signed: April 18, 2008

Martin Reidinger
United States District Judge