IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:07cv138

| | |
|---|---|
| **SCHRADER-BRIDGEPORT INTERNATIONAL, INC.,** ) ) ) Plaintiff, ) ) vs. ) ) ARVINMERITOR, INC., ) ) Defendant. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Status Report Regarding Court Ordered Mediation [Doc. 36], in which the parties advise that they have reached a tentative settlement agreement in this case.

Based on the parties' status report, **IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal on or before **September 2, 2008.**

Signed: August 1, 2008

Lacy H. Thornburg
United States District Judge